## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-262-GMS |
| | : |
| ONE 1999 DODGE DURANGO, | : |
| VIN # 1B4HS28Y0XF623450, and | : |
| THIRTEEN THOUSAND THREE | : |
| HUNDRED TWENTY DOLLARS AND | : |
| NO CENTS ($13,320.00) IN UNITED | : |
| STATES CURRENCY, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **20th** day of **February, 2008**.

IT IS ORDERED that the status teleconference scheduled for Thursday, March 13, 2008 at 9:00 a.m. with Magistrate Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE